IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY HAYMAN,<br><br>    Plaintiff,<br><br> v.<br><br>FLIR SYSTEMS, INC., JAMES J. CANNON, EARL R. LEWIS, JOHN D. CARTER, WILLIAM W. CROUCH, CATHERINE A. HALLIGAN, ANGUS L. MACDONALD, MICHAEL T. SMITH, CATHY A. STAUFFER, ROBERT S. TYRER, JOHN W. WOOD JR., and STEVEN E. WYNNE,<br><br>    Defendants. | Civil Action No. 1:21-cv-02490-JPO |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Harry Hayman hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 31, 2021

                Respectfully submitted,

                By: */s/ Joshua M. Lifshitz*
                Joshua M. Lifshitz
                Email: jml@jlclasslaw.com
                **LIFSHITZ LAW FIRM, P.C.**
                1190 Broadway
                Hewlett, New York 11557
                Telephone: (516) 493-9780
                Facsimile: (516) 280-7376

                *Attorneys for Plaintiff*